James I. WARD, Plaintiff–Appellant,

v.

Warden Kuma J. DEBOO; Dr. Ramirez, Regional Clinical Director; Dr. Allen, Chief of Health Programs, Central Office; Rendi Thomas, Designator, Office of Medical Designation and Transportation, Central Office; Ellen Maceleibson, Former Health Service Clinical Director–FCI–Gilmer, Defendants–Appellees.

No. 12–7189.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

James I. Ward, Appellant Pro Se. Jarod James Douglas, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James I. Ward appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to

*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ward v. Deboo,* 2012 WL 2359435 (N.D.W. Va. June 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*